LOUIS B. ALLEN, Appellant, v. WILLIAM E. READ and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Appellant, Relative to Opening White Plains Road, etc., in the Twenty-fourth Ward, Borough of The Bronx, City of New York, etc. PHEBE V. S. THORN and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELMER E. SMATHERS, Appellant, v. JACOB A. CANTOR and Others, Commissioners of Taxes and Assessments of The City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

HILLIARD J. ROSENCRANTZ, Respondent, v. GASTON, WILLIAMS & WIGMORE, INC., Appellant.— Order modified by striking out the requirement that defendant furnish the information called for by the twelfth item of the demand for the bill of particulars, and as so modified affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

MAX FINE, Respondent, v. CLINTON REALTY COMPANY and Others, Defendants. JULIUS H. HAAS, Receiver, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

·GAETANO CONTE and Another, Respondents, v. ESTHER KAPLAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

JACQUES BIGIO and Others v. ABRAHAM SAHDALA & SON CORPORATION. — Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

JOHN ELLIS v. NEW YORK RAILWAYS COMPANY and M. RAWLE & Co., INC.— Motior to dismiss appeal granted as to M. Rawle & Co., Inc., with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

REBECCA ROGERS and Others, as Administrators, etc., v. CARLO NOTA. — Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

SAMUEL SOLOMON v. UNION SAVINGS BANK OF AUGUSTA, GA.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

JEWELL E. LA SAGE v. CLARENCE C. PERPALL and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.